# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JEFFREY VAN DERMARK and
LYNN VAN DERMARK,
    Plaintiffs,

v.                             Case No.: 3:18cv2188-RV/EMT

TERMINIX INTERNATIONAL CO. LP,
    Defendant.
_____/

**ORDER**

    The plaintiffs have filed their bill of costs and memorandum of law in support (doc. 36), and the defendant has filed a response in opposition (doc. 37). The plaintiffs may file a reply to the defendant's response within seven (7) days of this order.

    DONE and ORDERED this 10th day of July, 2019.

                              /s/ Roger Vinson
                              ROGER VINSON
                              Senior United States District Judge